| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DISTRICT OF COLUMBIA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Woodcrest Condominiums VII, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  47-4220830

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 444, 446, 448, 450 & 452 Woodcrest Drive, SE Washington, DC 20032 | P.O. Box 843 Stevensville, MD 21666 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| D.C. | **Location of principal assets, if different from principal place of business** |
| County | See Attachment A for full location and description information (attached hereto) Washington, DC 20032 |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  http://www.woodcrestvillas.com/blanco-construction

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Woodcrest Condominiums VII, LLC**　　　　　　　　　　　　　　　　　　Case number (*if known*)　_____
　　　Name

**7. Describe debtor's business**　A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　**2361**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** *that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Woodcrest Condominiums VII, LLC** _____ Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No  
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____  
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____  
       Contact name _____  
       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999  

☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000  

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million  

■ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Woodcrest Condominiums VII, LLC** _____   Case number (*if known*)_____
     Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Woodcrest Condominiums VII, LLC**     Case number (*if known*)
Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 15, 2025**
                MM / DD / YYYY

**X**   **/s/ Roger Black**                          **Roger Black**
Signature of authorized representative of debtor      Printed name

Title   **Managing Member**

---

**18. Signature of attorney**

**X**   **/s/ Douglas N. Gottron**                Date **August 15, 2025**
Signature of attorney for debtor                       MM / DD / YYYY

**Douglas N. Gottron 399566**
Printed name

**Morris Palerm, LLC**
Firm name

**804 Pershing Drive**
**Suite 207**
**Silver Spring, MD 20910**
Number, Street, City, State & ZIP Code

Contact phone **(301) 424-6290**     Email address **dgottron@morrispalerm.com**

**399566 DC**
Bar number and State

---

## **ATTACHMENT A TO VOLUNTARY PETITION**

"BUILDING 700"

THOSE PARCELS OF LAND SITUATED IN THE DISTRICT OF COLUMBIA LOCATED AT 444, 446, 448, 450 AND 452 WOODCREST DRIVE, SE, WASHINGTON, DC 20032.

BEING THE SAME AS THAT PROPERTY DESCRIBED IN THE DEED DATED MARCH 6, 2014 AND RECORDED AMONG THE DISTRICT OF COLUMBIA LAND RECORDS AS INSTRUMENT 2014030059 CONVEYING THE SAME FROM CONGRESS HEIGHTS AFFORDABLE HOUSING PARTNERS, LLC TO WOODCREST CONDOMINIUMS VII LLC, A DISTRICT OF COLUMBIA LIMITED LIABILITY COMPANY.

LOTS 210 THROUGH 214, INCLUSIVE, IN SQUARE 5969 IN THE SUBDIVISION MADE BY 4TH STREET VISTAS, LLC, AS PER PLAT RECORDED IN LIBER 203 AT FOLIO 136 IN THE OFFICE OF THE SURVEYOR FOR THE DISTRICT OF COLUMBIA7

```
Blaco Construction
c/o Roger Black
P.O. Box 843
Stevensville, MD 21666



DC Office of Tax and Revenue
Attn: Legal
1101 4th Street, SW
Washington, DC 20024



DC Office of the Mayor
Attn: Legal
1350 Pennsylvania Avenue NW
Washington, DC 20004



DC Water and Sewer Authority
Attn: Michelle Rhodd
1385 Canal Street, SE
Washington, DC 20003



Internal Revenue Service
Centralized Insolvency Oper.
P.O. Box 7346
Philadelphia, PA 19101-7346



Jeffery T. Martin, Jr.
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182



Kitsune Lyon PLC
1007 N. Federal Highway, Suite 2005
Fort Lauderdale, FL 33304



MainStreet Bank
10089 Fairfax Boulevard
Fairfax, VA 22030
```

MainStreet Bank
Attn: Thomas Floyd
10089 Fairfax Boulevard
Fairfax, VA 22030


Office of the Attorney General
Tax Bankruptcy and Finance Div.
400 6th Street NW
Washington, DC 20001


Office of the Attorney General
Attn: Brian Schwalb
400 6th Street NW
Washington, DC 20001


Pepco Electric
Corporate Correspondence
P.O. Box 97274
Washington, DC 20090-7274


Roger Black
P.O. Box 843
Stevensville, MD 21666


Todd Lewis, Trustee
Kitsune Lyon PLC
2200 Wilson Blvd. Suite 102-50
Arlington, VA 22201


Welch Family Ltd Partnership Five
910 M Street, Apt. #1130
Washington, DC 20001


Welch Family Ltd Partnership Five
Attn: Patrick Welch & Kenneth Welch
910 M Street, Apt. 1130
Washington, DC 20001